UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES ex rel. JAMES JUDD, M.D., et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>      Defendant. | Civil Action No. 10-4914 (KM) |

### NOTICE OF DISMISSAL OF ALL REMAINING CLAIMS PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

To the Clerk:

Kindly dismiss, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims that remain in the above matter following the Order and Opinion dated May 30, 2014 (Dkt. 79 and 80, respectively) relating to the submission of claims by Hatboro Medical Associates.

            Respectfully submitted,

            **OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**

            By:  /s/ Kimberly D. Sutton
            Kimberly D. Sutton, Esquire
            Woodland Falls Corporate Park
            200 Lake Drive East, Suite 110
            Cherry Hill, NJ 08002
            Tel: (856) 795-3300
            Fax: (856) 310-5247
            Attorneys for Plaintiff Relator
            James Judd, M.D.

4835150