UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-3156
_____

UNITED STATES OF AMERICA ex rel. JAMES JUDD, MD;
DISTRICT OF COLUMBIA; CALIFORNIA; CONNECTICUT; COLORADO;
DELAWARE; FLORIDA; GEORGIA; HAWAII; ILLINOIS; INDIANA;
LOUISIANA; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA;
MONTANA; NEVADA; NEW HAMPSHIRE; NEW JERSEY; NEW MEXICO;
NEW YORK; NORTH CAROLINA; OKLAHOMA; RHODE ISLAND;
TENNESSEE; TEXAS; VIRGINIA; WISCONSIN; CHICAGO CITY;
NEW YORK CITY; PHILADELPHIA CITY, ex rel., JAMES JUDD, M.D.;
JAMES JUDD, M.D., individually

v.

QUEST DIAGNOSTICS INCORPORATED

James Judd, M.D.,

Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2-10-cv-04914-KM-MAH)
District Judge: Hon. Dickinson R. Debevoise
_____

Argued: March 18, 2015
_____

Before: McKEE, *Chief Judge*, RENDELL and FUENTES, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on March 18, 2015.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on May 30, 2014 be AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellant.

                  Attest:

                  s/ Marcia M. Waldron
                  Clerk

Dated: August 26, 2015

**Certified as a true copy and issued in lieu of a formal mandate on October 19, 2015**

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**